In the Matter of FRANZISKA SANDLER, Appellant, v BERNARD SANDLER, Respondent.—In a support proceeding, petitioner appeals from an order of the Family Court, Kings County, dated April 29, 1976, which dismissed her application for an upward modification of support payments. Order affirmed, without costs or disbursements. There was no showing of a substantial change of circumstances.—Hopkins, Acting P. J., Martuscello, Latham and Damiani, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCELINO AGOSTO, Appellant.—Appeal by defendant from two judgments of the Supreme Court, Kings County, both rendered December 13, 1974, convicting him of criminal sale of a controlled substance in the third degree under each indictment, upon a jury verdict, and imposing sentence. Judgments affirmed. The verdict of the jury was supported by credible evidence which established, beyond a reasonable doubt, the guilt of the defendant. There is no basis upon which to disturb the verdict. Hopkins, Acting P. J., Martuscello, Latham and Damiani, JJ., concur.